KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants*
*California Department of Corrections and Rehabilitation, Brown, Vasquez, Cooper and Holland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENITA PALMER,**<br><br>Plaintiff,<br><br>v.<br><br>**SALVADOR VASQUEZ, et al,**<br><br>Defendants. | Case No.: 1:13-cv-01400 AWI JLT<br><br>**ORDER RE-SECOND AMENDED COMPLAINT**<br><br>(Doc. 11) |

In light of the stipulation of the parties (Doc. 11), and good cause appearing, it is ordered that Plaintiff is granted leave to file a Second Amended Complaint, that the Second Amended Complaint shall be filed by January 6, 2014, that counsel for Defendants Brown, Vasquez, Holland, Cooper, and California Department of Corrections and Rehabilitation (CDCR) shall accept service of the Second Amended Complaint by mail, and that a responsive pleading shall be due from these Defendants within 21 days of the service of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **December 27, 2013**          /s/ Jennifer L. Thurston
                                UNITED STATES MAGISTRATE JUDGE