**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENITA PALMER, et al., ) | Case No.: 1:13-cv-01400 - AWI - JLT |
| Plaintiffs, ) ) | ORDER DIRECTING PLAINTIFFS TO FILE |
| v. ) ) | SUPPLEMENTAL BRIEFING REGARDING THE PETITION TO APPOINT BENITA PALMER AS |
| SALVADOR VASQUEZ, et al., ) ) | THE GUARDIAN AD LITEM FOR PLAINTIFF K.W. |
| Defendants. ) ) | |

Plaintiff K.W., a minor, filed a petition to appoint Benita Palmer as her guardian ad litem in this action. (Doc. 14.) The complaint demonstrates only that the minor is the child of the decedent and that Ms. Palmer was his spouse. However, it is unclear what the relationship is between Ms. Palmer and K.W. and it is not clear whether Ms. Palmer has an actual conflict or whether she may have competing interests to those of K.W.

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED: no later than **January 31, 2014**, Plaintiffs SHALL file supplemental briefing explaining the relationship between Ms. Palmer and Plaintiff K.W. and detailing whether Ms. Palmer's inheritance rights to the decedent's estate—or any other interest in the outcome of this case—poses any actual or potential conflicts with the interests of the minor.

IT IS SO ORDERED.

Dated: **January 24, 2014**               **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

2