1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
3 | R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
4 |  1300 I Street, Suite 125
 P.O. Box 944255
5 |  Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
6 |  Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
7 | *Attorneys for Defendants*
*Brown, Vasquez and Holland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BENITA PALMER,** | 1:13-cv-01400-AWI-JLT |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL CONFERENCE** |
| v. | Date: September 16, 2015 |
| | Time: 10:00 a.m. |
| **SALVADOR VASQUEZ, et al.,** | Courtroom: 2 |
| | Judge: The Honorable Anthony W. Ishii |
| Defendants. | Trial Date: November 17, 2015 |
| | Action Filed: October 21, 2013 |

IT IS STIPULATED by and between the parties to the above action that, due to a schedule conflict on the part of defense counsel, the Pretrial Conference will be continued from September 16, 2015, to October 1, 2016, at 10:00 a.m., in Department 2 of the above court, located at 2500 Tulare, Fresno, California.

///

///

///

1

STIPULATION TO CONTINUE PRETRIAL CONFERENCE (1:13-cv-01400 AWI JLT)

| | |
|---|---|
| Dated:  August 11, 2015 | Respectfully submitted, |
| | LAW OFFICE OF STANLEY W. HODGE |
| | /S/ Stanley W. Woods |
| | STANLEY W. HODGE<br>*Attorney for Plaintiffs*<br>*Benita Palmer, individually and as Guardian ad litem for Keshawn Winston, Nicole Palmer, and Christian Smith* |
| | KAMALA D. HARRIS<br>Attorney General of California<br>MONICA N. ANDERSON<br>Supervising Deputy Attorney General |
| | ***/s/ R. Lawrence Bragg*** |
| | R. LAWRENCE BRAGG |
| | Deputy Attorney General |
| | *Attorneys for Defendants*<br>*Brown, Vasquez and Holland* |

## ORDER

In light of the stipulation of the parties, and good causing appearing,

IT IS HEREBY ORDERED that the Pretrial Conference in the above matter be continued from September 16, 2015, to October 1, 2015, at 10:00 a.m. in Department 2 of the above court.

IT IS SO ORDERED.

Dated:  August 11, 2015               _____
                                                    SENIOR  DISTRICT  JUDGE